

ORDERED in the Southern District of Florida on May 17, 2024.



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE:                                                                                  Case No.: 24-10524-EPK

TAMIKA D. CARSON,                                                       Chapter 13

    Debtor.
_____/

### ORDER SUSTAINING OBJECTION TO CLAIM NO. 3

**THIS MATTER** came before the Court on the "Consent" Portion of the Calendar, without objection, on May 14, 2024 on Debtor's Objection to Proof of Claim No. 3 filed by Pinnacle Credit Services LLC (DE# 17; the "Objection"), it is hereby:

    **ORDERED AND ADJUDGED**

1.    The Debtor's Objection is **SUSTAINED.**

2.    Pinnacle Credit Services LLC, Claim No. 3, shall be stricken and disallowed.

                                            ###

**Submitted By:** OZMENT LAW, PA
                    **2001 Palm Beach Lakes Blvd, Suite 500**
                    **West Palm Beach, FL 33409**
                    **561-689-6789**
                    ecf@drakeozment.com

Attorney Drake Ozment is directed to serve copies of this Order on all interested parties and to file a certificate of service.