UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  CASE NO: 24-10526-EPK
        CHAPTER 13
TAMIKA D CARSON,

    Debtor
_____/

**DEBTOR'S NOTICE OF CHANGE OF ADDRESS**

COMES NOW, the Debtors, TAMIKA D CARSON, by and through his undersigned attorney and state the following change of address is true and correct:

TAMIKA D CARSON
80 NEWNAN LAKES BLVD
APT 1122
NEWNAN, GA 30263

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in local Rule 2090-1(A).

    I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via electronically and or by U.S. Mail to: Office of the U.S. Trustee, U.S. Bankruptcy Court, 51 S.W. 1st Avenue, Room 1204, Miami, Florida 33130 and Robin Weiner, Trustee, P.O. Box 559007, Fort Lauderdale, FL 33355 on this 28th day of January, 2026.

    OZMENT LAW PA
    Attorney for Debtor
    2001 Palm Beach Lakes Blvd., Suite 500
    West Palm Beach, FL 33409
    Telephone: 561/689-6789

    By:   /s/ Drake Ozment, Esquire
        DRAKE OZMENT, Esq.
        FBN: 844519